# Court of Appeals
# of the State of Georgia

ATLANTA,  October 14, 2022

*The Court of Appeals hereby passes the following order:*

**A23D0071. NEAL FRANKLIN HESTERLEE, SR. v. THE STATE.**

A jury found Neal Franklin Hesterlee, Sr., guilty of six counts of aggravated assault, four counts of armed robbery, two counts of sexual battery, and one count each of burglary, impersonating a police officer, and possession of a firearm by a convicted felon. We affirmed the convictions in 1993. See *Hesterlee v. State*, 210 Ga. App. 330 (436 SE2d 32) (1993). Following the revocation of his parole, Hesterlee filed multiple pro se motions in the criminal case. The trial court dismissed the motions on June 29, 2022, and Hesterlee filed this application for discretionary appeal on August 3, 2022.[1] We, however, lack jurisdiction.

A discretionary application must be filed within 30 days of entry of the order to be appealed. OCGA § 5-6-35 (d); *Hill v. State*, 204 Ga. App. 582, 583 (420 SE2d 393) (1992). This statutory deadline is jurisdictional, and we cannot accept an application for appeal not made in compliance therewith. *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Here, Hesterlee filed his application 35 days after the trial court's order. Accordingly, we lack jurisdiction to consider this application for

---

[1] Hesterlee filed his application for discretionary appeal in the Supreme Court, which transferred the application to this Court. See Case No. S23D0033 (Sept. 1, 2022).

discretionary appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,*   10/14/2022

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*